# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SNOW SHOE REFRACTORIES LLC, as Administrator of SNOW SHOE REFRACTORIES LLC PENSION PLAN FOR HOURLY EMPLOYEES,<br><br>Plaintiff.<br><br>v.<br><br>JOHN JUMPER, BRENT PORTERFIELD, AMERICAN INVESTMENTS FUND II, LLC, a Delaware limited liability company, and R. TRENT CURRY,<br><br>Defendants. | No. 4:16-CV-02116<br><br>(Judge Brann) |

## ORDER

**AND NOW**, this 21st day of February 2019, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that the Motion to Dismiss for Lack of Jurisdiction, ECF No. 98, filed by Defendant R. Trent Curry is **DENIED**.

Pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), Defendant R. Trent Curry **SHALL ANSWER** Plaintiff's Complaint within fourteen (14) days of the date of this Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge