IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SNOW SHOE REFRACTORIES, LLC, as Administrator of SNOW SHOE REFRACTORIES LLC PENSION PLAN FOR HOURLY EMPLOYEES, | : <br> : <br> : CIVIL ACTION <br> : <br> : |
| Plaintiff, | : NO. 4:16-CV-02116-MWB |
| v. | : |
| JOHN JUMPER, BRENT PORTERFIELD, AMERICAN INVESTMENTS FUND II, LLC, a Delaware limited liability company, and R. TRENT CURRY, | : <br> : <br> : <br> : |
| Defendants | : |

## DEFENDANT R. TRENT CURRY'S REPLY TO CROSSCLAIM OF DEFENDANT BRENT PORTERFIELD

Defendant R. Trent Curry ("Curry"), by and through undersigned counsel, hereby replies to Defendant Brent Porterfield's Crossclaim and states as follows:

122. Defendant Curry incorporates by reference his Answer to Plaintiff's Second Amended Complaint, as though fully set forth herein at length.

123. Denied.

WHEREFORE, Defendant R. Trent Curry demands judgment in his favor and against Defendant Brent Porterfield on Defendant's Counterclaim, together with such other relief as the Court deems appropriate.

5817033v1

Respectfully,

KAPLIN STEWART MELOFF REITER & STEIN, PC

/s/   Sandhya M. Feltes
Sandhya M. Feltes, Esquire
Union Meeting Corporate Center
910 Harvest Drive, PO Box 3037
Blue Bell PA 19422
(610) 941-2561
(610) 684-2011 Fax
Attorneys for Defendant R. Trent Curry

5817033v1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SNOW SHOE REFRACTORIES, LLC, : | |
| as Administrator of SNOW SHOE : | |
| REFRACTORIES LLC PENSION PLAN FOR : | CIVIL ACTION |
| HOURLY EMPLOYEES, : | |
| : | |
| Plaintiff, : | NO. 4:16-CV-02116-MWB |
| : | |
| v. : | |
| : | |
| JOHN JUMPER, BRENT PORTERFIELD, : | |
| AMERICAN INVESTMENTS FUND II, LLC, : | |
| a Delaware limited liability company, and : | |
| R. TRENT CURRY, : | |
| : | |
| Defendants : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2019, a true and correct copy of Defendant R. Trent Curry's Reply to Crossclaim of Defendant Brent Porterfield was served upon the following via ECF electronic notification:

W. Andrew Clayton, Jr., Esquire
Worth S. Graham, Esquire
Icard Merrill Cullis Timm Furen & Ginsburg, P.A.
2033 Main Street, Suite 600
Sarasota FL 34237

Patrick J. Reilly
Snyder & Reilly Trial Lawyers
355 W Venice Avenue
Venice FL 34285

Booker T. Coleman
Ulmer & Berne, LLP
500 West Madison Street, Suite 3600
Chicago IL 60661

J. David Smith, Esquire
McCormick Law Firm
835 West Fourth Street
Williamsport PA 17701

William P. Carlucci, Esquire
Elion Law
125 E 3rd Street
Williamsport PA 17701

Matthew David Coble, Esquire
William R. Balaban, Esquire
Balaban & Coble
27 North Front Street
Harrisburg PA 17101

5817033v1

KAPLIN STEWART MELOFF REITER & STEIN, PC

/s/  Sandhya M. Feltes
Sandhya M. Feltes, Esquire
Union Meeting Corporate Center
910 Harvest Drive, PO Box 3037
Blue Bell PA 19422
(610) 941-2561
(610) 684-2011 Fax
Attorneys for Defendant R. Trent Curry

5817033v1