## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SNOW SHOE REFRACTORIES LLC, as : <br> Administrator of the SNOW SHOE REFRACTORIES : <br> LLC PENSION PLAN FOR HOURLY EMPLOYEES : <br>     Plaintiff : <br> : <br> v. : <br> : <br> JOHN JUMPER, BRENT PORTERFIELD, : <br> AMERICAN INVESTMENTS FUNDS II, a : <br> Delaware limited liability company, : <br> And R. TRENT CURRY : <br>     Defendants : | CASE NO. <br> 4:16-002116-MWB |

___

### ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT BRENT PORTERFIELD TO CROSS-CLAIM BY R. TRENT CURRY

1. The allegations set forth in the Answer with Affirmative Defenses filed by Brent Porterfield in the above captioned matter are incorporated herein by reference as if more fully set forth, and made apart hereof.

2. The allegations set forth in this Paragraph state a legal conclusion, requiring no answer. In the alternative, in the even that it is judicially determined that an answer is required, the allegations set forth in this Paragraph are denied to the extent directed at either Brent Porterfield or American Investment Fund II, LLC.

3. The allegations set forth in this Paragraph state a legal conclusion, requiring no answer. In the alternative, in the even that it is judicially determined that an answer is required, the allegations set forth in this Paragraph are denied to the extent directed at either Brent Porterfield or American Investment Fund II, LLC.

**WHEREFORE**, Brent Porterfield respectfully requests this Honorable Court enter judgment in favor of Brent Porterfield and American Investment Fund II, LLC and against R. Trent Curry, on the Cross-Claim filed by R. Trent Curry

### AFFIRMATIVE DEFENSES OF DEFENDANT BRENT PORTERFIELD TO CROSS-CLAIM BY R. TRENT CURRY

4. The claims asserted in the Cross-Claim of R. Trent Curry fail to state a cause of action pursuant to applicable law.

5. The allegations set forth in the Cross-Claim filed by R. Trent Curry fail to state a cause of action against Brent Porterfield or American Investment Fund II, LLC.

6. In the event that it is judicially determined that the allegations set forth in the Cross-Claim of R. Trent Curry state a cause of action against Brent Porterfield or American Investment Fund II, LLC, which is denied by Brent Porterfield, the acts and omissions alleged in the Cross-Claim were not acts and omissions of Brent Porterfield, but rather acts and omissions of other parties.

7. The claims asserted in the Cross-Claim of R. Trent Curry are barred pursuant to applicable law, including, but not limited to, the applicable statute of limitations or the equitable doctrine of laches.

8. R. Trent Curry is estopped from asserting the claims which are the subject matter of his Cross-Claim or R. Trent Curry has waived those claims.

**WHEREFORE**, Brent Porterfield respectfully requests this Honorable Court enter judgment in favor of Brent Porterfield and American Investment Fund II, LLC and against R. Trent Curry, on the Cross-Claim filed by R. Trent Curry

                                       **ELION, GRIECO, CARLUCCI**
                                       **& SHIPMAN, P.C.**
                                       **/s/ William P. Carlucci**

                                       _____
William P. Carlucci, Esquire
I.D. #30477, Attorney for Brent Porterfield
125 East Third Street
Williamsport, PA 17701
Telephone (570) 326-2443

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SNOW SHOE REFRACTORIES LLC, as Administrator of the SNOW SHOE REFRACTORIES LLC PENSION PLAN FOR HOURLY EMPLOYEES<br>    Plaintiff<br><br>v.<br><br>JOHN JUMPER, BRENT PORTERFIELD, AMERICAN INVESTMENTS FUNDS II, a Delaware limited liability company,<br>And R. TRENT CURRY<br>    Defendants | CASE NO.<br>4:16-002116-MWB |

## CERTIFICATE OF SERVICE

The undersigned, counsel for Brent Porterfield, certifies that he served the attached Answer and Affirmative Defenses and Cross Claim to Amended Complaint upon all counsel pursuant to the ECF system, on the date of filing thereof.

        **ELION, GRIECO, CARLUCCI**
        **& SHIPMAN, P.C.**
        **/s/ William P. Carlucci**

        William P. Carlucci, Esquire
        I.D. #30477, Attorney for Brent Porterfield
        125 East Third Street
        Williamsport, PA 17701
        Telephone (570) 326-2443