**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SNOW SHOE REFRACTORIES, LLC, | ) | |
| As Administrator of SNOW SHOE | ) | |
| REFRACTORIES | ) | |
| LLC PENSION PLAN FOR HOURLY | ) | |
| EMPLOYEES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN JUMPER, BRENT PORTERFIELD, | ) | Case No. |
| AMERICAN INVESTMENTS FUND II, LLC, | ) | 4:16-CV-02116-MWB |
| and R. TRENT CURRY, | ) | |
| | ) | |
| Defendants/Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MERRILL LYNCH BANK & TRUST CO., FSB, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

**ORDER**

**JULY 18, 2019**

Upon consideration of the Stipulated Motion to Extend Time for Third-Party

Defendant Merrill Lynch Bank & Trust Company, FSB ("MLBT") to file a Reply in

support of its Motion to Dismiss Defendant Brent Porterfield's Cross-Claim and

Respond to the Amended Cross-Claim Filed by Brent Porterfield, the Court

GRANTS said Motion.  **IT IS HEREBY ORDERED** that MLBT shall have a

two-week extension of time from July 17, 2019, to July 31, 2019, to answer, move,

or otherwise respond to Porterfield's Amended Cross-Claim and to file a reply in support of its Motion to Dismiss Porterfield's Cross-Claim.

BY THE COURT:

*s/ Matthew W. Brann*

Matthew W. Brann
United States District Judge