# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SNOW SHOE REFRACTORIES LLC, as Administrator of the SNOW SHOE BENEFICIARIES LLC PENSION PLAN FOR HOURLY EMPLOYEES, | No. 4:16-CV-02116 |
| | (Judge Brann) |
| Plaintiff. | |
| v. | |
| JOHN JUMPER, BRENT PORTERFIELD, AMERICAN INVESTMENT FUNDS II, a Delaware limited liability company, and R. TRENT CURRY, | |
| Defendants. | |
| R. TRENT CURRY, | |
| Third-Party Plaintiff. | |
| v. | |
| MERRILL LYNCH BANK & TRUST CO., FSB, | |
| Third-Party Defendant. | |

## **<u>ORDER</u>**

**AND NOW**, this 4th day of October 2019, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Third-Party Defendant's Motion to Dismiss, June 12, 2019, ECF No. 142 is **GRANTED**.

2. Count II is **DISMISSED WITH PREJUDICE**.

3. Defendant, R. Trent Curry, may file a second amended third-party complaint with respect to count I by October 18, 2019. If no amended third-party complaint is filed by that date, the third-party action will be summarily dismissed pursuant to Fed. R. Civ. P. 41(b).

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge