## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SNOW SHOE REFRACTORIES LLC, as Administrator of the SNOW SHOE BENEFICIARIES LLC PENSION PLAN FOR HOURLY EMPLOYEES, | No. 4:16-CV-02116 |
| | (Chief Judge Brann) |
| Plaintiff, | |
| v. | |
| JOHN JUMPER and AMERICAN INVESTMENT FUNDS II, a Delaware limited liability company, | |
| Defendants. | |

## ORDER

### FEBRUARY 5, 2025

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1.   Plaintiff Snow Shoe Refractories LLC's Motion for Partial Summary Judgment (Doc. 198) is **GRANTED** in full;

2.   Judgment is entered in favor of Plaintiff Snow Shoe Refractories LLC on all counts against Defendant John Jumper.

3.   Plaintiff may submit evidence of the damages, attorney's fees, costs, and pre- and post-judgment interest, offsetting settlement amounts from other defendants in this matter, and any other evidence relevant to the

determination of damages within **thirty (30) days** from the date of this

Order.

BY THE COURT:


*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge